IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**GELBER VILLAFUERTE POLANCO,** *

**Petitioner,** *

v.

**KRISTI NOEM,** *et al.*,

**Respondents.**

Civil Case No.: SAG-26-0133

\* \* \* \* \* \* \* \* \* \*

## ORDER

Petitioner Gelber Villafuerte Polanco filed a Petition for a Writ of Habeas Corpus ("Petition") on January 14, 2026, ECF 1. With the consent of Respondents, ECF 3, this Court incorporates into the record Respondents' briefing from two cases presenting identical legal issues: *Velasquez v. Noem,* No. 1:25-cv-3215-GLR and *Villanueva Funes v. Noem,* No. 8"25-cf-03860-TDC. After considering those arguments, for the reasons this Court set out in *Afghan v. Noem,* Civ. SAG-25-04105, 2025 WL 3713732 (D. Md. Dec. 23, 2025), this Court will GRANT the Petition because it finds that Petitioner is detained pursuant to 8 U.S.C. § 1226(a) and is entitled to, and shall seek, a bond hearing pursuant to 8 C.F.R. § 236.1(d), 8 C.F.R. § 1003.19, and 8 C.F.R. § 1236.1(d). This Court further ORDERS that Petitioner receive a bond hearing before an immigration judge, pursuant to 8 U.S.C. § 1226(a), within ten (10) days of the date of the Petitioner's filing for a bond hearing. If the bond hearing is not held within ten days, Respondents should RELEASE Petitioner from custody, although this Order does not prevent ICE from imposing reasonable conditions of release including a requirement that Petitioner appear at a bond hearing in Immigration Court in Maryland. The parties should file a joint status update with the

Court following the bond hearing or release. This Court shall RETAIN jurisdiction over this matter to enforce compliance with this Order.

Dated: January 16, 2026                             /s/
                                            Stephanie A. Gallagher
                                            United States District Judge